# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Secretary Mike Pompeo, United States Department of State, Brendan O'Brien, William Barr, and United States Department of Justice, et al.,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-465-APG-VCF<br><br>**ORDER** |

Based on the plaintiff's response (ECF No. 22) to the notice of intent to dismiss (ECF No. 5) and the fact that service has apparently now been made on the defendants (ECF Nos. 16-21), I will not dismiss this action at this time under Federal Rule of Civil Procedure 4(m).

Dated: September 5, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE