NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Mark.Woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>  Plaintiff,<br><br>v.<br><br>United States Department of State, *et al.,*<br><br>  Defendant. | Case No. 2:19-cv-00465-APG-VCF<br><br>**Stipulation to Extend Time to File Responsive Pleading**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a), the parties, by and through undersigned counsel, hereby stipulate to extend the time to file the responsive pleading to **Friday, October 18, 2019**. This is the first request to extend time to file a responsive pleading, and it is not sought for purposes of delay or any other improper purpose.

*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

The United States Attorney's Office was served with a copy of the summons and complaint on August 15, 2019. Accordingly, the United States responsive pleading is due on or before Tuesday, October 15, 2019.[1] The minimal extension of three days, to **Friday, October 18, 2019**, is not sought for delay but to permit the United States Attorney's Office additional time to confer with the Department of State, regarding the response to plaintiff's complaint for judicial review of a consular officer's visa refusal.

Respectfully submitted this 10th day of October, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | THE PARIENTE LAW FIRM, P.C.<br>Michael D. Pariente |
| /s/ Mark E. Woolf<br>MARK E. WOOLF<br>Assistant United States Attorney | /s/ Michael D. Pariente<br>Michael D. Pariente<br>Attorney for Plaintiff |

**IT IS SO ORDERED:**

_____
**Cam Ferenbach**
**United States Magistrate Judge**
**Dated:** 10-10-2019

---

[1] Sixty days from August 15, 2019, falls on Monday, October 14, 2019, which coincides with a federal holiday—Columbus Day. Consistent with Fed. R. Civ. P. 6(a)(1)(C), the deadline is automatically extended to the "next day that is not a Saturday, Sunday, or legal holiday."

2