NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>   Plaintiff,<br><br>  v.<br><br>Secretary Pompeo, United States Department of State Consul General Brendan O'Brien; Attorney General William Barr; United States Department of Justice; DOES I-IX,<br><br>   Defendants. | Case No. 2:19-cv-00465-APG-VCF<br><br>**Stipulation regarding Plaintiffs' Motion to Amend (ECF No. 32) and Related Deadlines** |

  Plaintiff Susan Sintigo and Federal Defendants, through their respective counsel, hereby stipulate that Federal Defendants will not oppose Plaintiff's Motion to Amend the Complaint as requested at ECF No. 32.

  The parties further agree that the deadline for Federal Defendants to file a responsive pleading to the Amended Complaint shall be September 11, 2020.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate that if the Federal Defendants file a motion to dismiss as their responsive pleading to the Amended Complaint, Plaintiff shall have until September 25, 2020 to file a response in opposition, and Federal Defendants will submit a reply on or before October 16, 2020.

Respectfully submitted this <u>6th</u> day of August, 2020.

| The Pariente Law Firm, P.C.<br><br> /s/ *Michael D. Pariente, Esq.*<br>MICHAEL D. PARIENTE, ESQ.<br>Nevada Bar No. 9469<br>3960 Howard Hughes Pkwy., Ste. 615<br>Las Vegas, Nevada 89169<br>*Attorney for Plaintiff* | NICHOLAS A. TRUTANICH<br>United States Attorney<br><br> /s/ *Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |
|---|---|

**IT IS SO ORDERED:**

_____
HONORABLE CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE

DATED: 8-11-2020

IT IS HEREBY ORDERED that the First Motion for Leave to File Amended Complaint (ECF No. 32) is GRANTED.