CHRISTOPHER CHIOU
Acting United States Attorney
BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd, South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Secretary Pompeo, United States Department of State Consul General Brendan O'Brien; Attorney General William Barr; United States Department of Justice; DOES I-IX,<br><br>　　　　Defendants. | Case No. 2:19-cv-00465-APG-VCF<br><br>**Stipulation to Extend Deadline to file Respondents' Reply in Support of Motion to Dismiss (ECF No. 44)** |

Plaintiff Susan Sintigo and Federal Defendants, through their respective counsel, hereby stipulate that Federal Defendants' Reply in support of its Motion to Dismiss (ECF No. 44) currently due June 21, 2021, is continued one week to July 2, 2021.

Respectfully submitted this 17th day of June 2021.

| | |
|---|---|
| The Pariente Law Firm, P.C.<br><br> /s/ *Michael D. Pariente, Esq.*<br>MICHAEL D. PARIENTE, ESQ.<br>Nevada Bar No. 9469<br>3960 Howard Hughes Pkwy., Ste. 615<br>Las Vegas, Nevada 89169<br>*Attorney for Plaintiff* | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br> /s/ *Brianna Smith*<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2021