CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for Antony Blinken, Eric S. Cohan, Merrick Garland, and the United States Department of Justice ("Defendants")*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>      Plaintiff,<br><br>v.<br><br>Secretary Antony Blinken; United States Department of State Consul General Eric S. Cohan; Attorney General Merrick Garland; United States Department of Justice; DOES I-IX.<br><br>      Defendants. | Case No. 2:19-cv-00465-APG-VCF<br><br>**Stipulation to Extend Deadline to Submit Defendants' Responsive Pleading to Third Amended Complaint (ECF No. 53) and Set Briefing Schedule** |

      Plaintiff Susan Sintigo and Defendants, through their respective counsel, hereby stipulate to extend the deadline for Federal Defendants to file a responsive pleading to the recently filed third amended complaint, ECF No. 53, and set a briefing schedule. Defendants' counsel needs the additional time due to other pending matters, the holidays, and out of country leave scheduled for January. The parties have agreed to the following briefing schedule:

- Defendants' responsive pleading (anticipated motion to dismiss) the Third Amended Complaint due February 11, 2022;
- Plaintiff's response to defendants' motion due February 25, 2022; and,

- Defendants' reply in support of motion to dismiss due March 4, 2022.

Respectfully submitted this 21st day of December 2021.

| The Pariente Law Firm, P.C. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| /s/ Michael D. Pariente, Esq.<br>MICHAEL D. PARIENTE, ESQ.<br>Nevada Bar No. 9469<br>3960 Howard Hughes Pkwy., Ste. 615<br>Las Vegas, Nevada 89169<br>*Attorney for Plaintiff* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
HONORABLE CAM FERENBACH

DATED: 12-22-2021