THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No. 9469
3800 Howard Hughes Parkway, Suite 620
Las Vegas, Nevada 89169
(702) 966-5310
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# STATE OF NEVADA

| | |
|---|---|
| Susan Sintigo,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Secretary Mike Pompeo<br><br>United States Department of State<br><br>Consul General Brendan O'Brien<br><br>Attorney General William Barr<br><br>United States Department of Justice<br><br>Does I-IX<br><br>　　　　Defendants. | Case No.: 2:19-cv-465-APG-VCF<br><br><br>**MOTION TO EXTEND TIME TO SUBMIT JOINT STATUS UPDATE AND PROPOSED JOINT BRIEFING SCHEDULE**<br><br>**(First Request)** |

**This is a request for first extension of time made pursuant to LR IA 6-1.**

COMES NOW Plaintiff Susan Sintigo and files this first request for extension of time to update this Honorable Court on the status of the U.S. Ninth Circuit Court of Appeals' decision in Munoz v. United States Dep't of State, No. 21-55365, 2022 WL 5089771 (9th Cir. Oct. 5, 2022) and to submit a proposed joint briefing schedule to proceed in this case.

DATED this 10th day of October, 2022.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael D. Pariente*

1

THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No. 9469
3800 Howard Hughes Parkway, Suite 620
Las Vegas, Nevada 89169
Phone: (702) 966-5310
Attorney for Susan Sintigo

**MEMORANDUM**

On February 4, 2022, this Honorable Court stayed Ms. Sintigo's case for the purpose of waiting for the U.S. Ninth Circuit Court of Appeals to make its ruling in the case of *Munoz v. United States Dep't of State*, No. 21-55365, 2022 WL 5089771 (9th Cir. Oct. 5, 2022). [ECF Docket No. 60]. Both Plaintiff and the Defendant were to provide a status update within 5 days of the date of the *Munoz* decision and submit a propose briefing schedule to proceed in this case.

On October 5, 2022, the U.S. Ninth Circuit Court of Appeals issued its decision in *Munoz, supra*. However, counsel for Plaintiff and Defendant have not had sufficient time to confer to comply with the Court's request. Today is a federal holiday and the AUSA assigned to this case appearing for the Defendant is out of the office per an electronic email return sent from his office indicating he is out of the office from October 5, 2022 to October 10, 2022. Therefore, Plaintiff and Defendant need additional time to comply with the Court's order granting the stipulation. Plaintiff respectfully requests a 14-day continuance to comply with the Court's original order and for the parties to explore negotiations in light of the *Munoz* decision.

DATED this 10 day of October, 2022.

Respectfully submitted,

*/s/ Michael D. Pariente*

Michael D. Pariente, Esq.
Attorney for Plaintiff Susan Sintigo

IT IS SO ORDERED:

Dated: October 11, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3