JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6530
Virginia.Tomova@usdoj.gov

*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Susan Sintigo, | Case No. 2:19-cv-00465-APG-MDC |
| Plaintiff, | |
| v. | **Stipulation to Dismiss and Order** |
| Secretary Antony Blinken; United States Department of State Consul General Eric S. Cohan; Attorney General Merrick Garland; United States Department of Justice; DOES I-IX. | |
| Defendants. | |

Plaintiff Susan Sintigo and Defendants Secretary Anthony Blinken, United States Department of State Consul General Eric S. Cohan, Attorney General Merrick Garland, and United States Department of Justice ("Federal Defendants"), through their respective counsel, hereby stipulate that her action be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff's claims are moot considering the United States Supreme Court decision in *Dep't of State v. Muñoz*, issued on June 21, 2024. *Id.*, No. 23-334, 602 U.S. ___, 2024 U.S. LEXIS 2716. Accordingly, Plaintiff's claims should be dismissed with prejudice.

Respectfully submitted this 28th day of June 2024.

| THE PARIENTE LAW FIRM, P.C. | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Michael D. Pariente, Esq. | /s/ Virginia T. Tomova |
| MICHAEL D. PARIENTE, ESQ.<br>Nevada Bar No. 9469<br>3960 Howard Hughes Pkwy., Ste. 615<br>Las Vegas, Nevada 89169 | VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |
| *Attorney for Plaintiff* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _July 1, 2024_____